IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01001–WYD–KMT

CURTIS L. MORRIS,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN CASE NUMBER 09SW-5194-KMT, MAGISTRATE JUDGE KATHLEEN M. TAFOYA PRESIDING,
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN CASE NUMBER 09-cv-02381-WYD-KMT, SW-5194-KMT, MAGISTRATE JUDGE KATHLEEN M. TAFOYA AND CHIEF JUDGE WILEY Y. DANIEL PRESIDING,
INTERNAL REVENUE SERVICE,
GREG M. FLYNN,
DAVID M. GAOULETTE,
JAMES C. STRONG, and
ERIC HOLDER,

    Defendants.

## ORDER OF RECUSAL

This matter was drawn to me upon the filing of the Complaint (Doc. No. 1) on May 3, 2010. Pursuant to the Order of Reference dated May 7, 2010 (Doc. No. 2), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

Title 28 U.S.C.A. § 455(a) provides, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might

reasonably be questioned." *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." *Hinman v. Rogers*, 831 F.2d. 937, 939 (10th Cir. 1987).

In order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

Dated this 11th day of May, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge