IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01001-WYD-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CURTIS L. MORRIS,

      Defendant.

_____

CURTIS L. MORRIS,

      Counterclaimant,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN CASE
NO.  09SW-5194-KMT, MAGISTRATE JUDGE KATHLEEN M. TAFOYA PRESIDING;
UNITED STATES DISTRICT COURT IN CASE NO.  09-cv-02381-WYD-KMT,
MAGISTRATE JUDGE KATHLEEN M. TAFOYA AND CHIEF JUDGE WILEY Y.
DANIEL PRESIDING;
UNITED STATES OF AMERICA; INTERNAL REVENUE SERVICE;
GREG M. FLYNN;
DAVID M. GAOUETTE;
JAMES C. STRONG; and
ERIC HOLDER,

      Counterdefendants.

_____

**ORDER OF DISMISSAL**

_____

THIS MATTER is before the Court on a review of the file.  Curtis L. Morris

initiated this action by filing a "Counterclaim for Trespass, Trespass on the Case, and

Replevin Verified" ["counterclaim"].  The counterclaim relates to a separate action by the

United States of America against Curtis L. Morris, Civil Action No. 09-cv–02381-WYD-

KMT.  An action must be commenced through the filing of a complaint, not a

counterclaim.  Fed. R. Civ. P. 3.  Any counterclaims relevant to an action must be filed

in that action, not in a separate action.  Fed. R. Civ. P. 13.  Since this action was not

commenced through a proper pleading, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated this 17th day of May, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE