IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01001-WYD-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS L. MORRIS,

    Defendant.

---

CURTIS L. MORRIS,

    Counterclaimant,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN CASE NO. 09SW-5194-KMT, MAGISTRATE JUDGE KATHLEEN M. TAFOYA PRESIDING; UNITED STATES DISTRICT COURT IN CASE NO. 09-cv-02381-WYD-KMT, MAGISTRATE JUDGE KATHLEEN M. TAFOYA AND CHIEF JUDGE WILEY Y. DANIEL PRESIDING; et al.,

    Counterdefendants.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Tendered First Amended Complaint for Trespass, Trespass on the Case, and Replevin Verified is not accepted for filing. It was tendered after the case was dismissed and Plaintiff did not file a motion to reconsider the order of dismissal or a motion for leave to file an amended complaint with the Court.

    Dated: June 18, 2010.